IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br>           Plaintiff, <br><br>      v. <br><br> DAVID MICHAEL DAY, individually and d/b/a NICK'S NIGHT CLUB a/k/a OFF LIMITS, <br><br>           Defendant. | 2:10-cv-00095-GEB-KJN <br><br> <u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

   Since Plaintiff states in its Status Report filed April 12, 2010, that it "will file a motion for default judgment [("motion")] soon hereafter," and failed to state when the referenced motion will be filed, a filing date will be given. (Status Report 3:11.)

   Plaintiff shall file the motion before the Magistrate Judge no later than 4:00 p.m. on May 21, 2010, or alternatively shall show cause in writing no later than 4:00 p.m. on May 21, 2010, why this action should not be dismissed for failure of prosecution.

   Therefore, the status conference scheduled for April 26, 2010, is continued to commence at 9:00 a.m. on August 9, 2010. A Status Report shall be filed fourteen (14) days prior to the status

1 conference in which Plaintiff is only required to explain the
2 status of the default judgment.
3 Dated: April 22, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge